**08 CV 00565**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
JOSEPH PROCIDA, derivatively
on behalf of the Nominal Defendant,

                Plaintiff,

--against --

KERRY K. KILLINGER, STEPHEN
ROTELLA, THOMAS W. CASEY, JAMES B.
CORCORAN, JOHN F. WOODS, ANNE V.
FARRELL, STEPHEN E. FRANK, THOMAS
C. LEPPERT, CHARLES M. LILLIS, PHILIP
D. MATTHEWS, REGINA T. MONTOYA,
MICHAEL K. MURPHY, MARY E. PUGH,
WILLIAM G. REED, JR., ORIN C. SMITH,
JAMES H. STEVER, and JOHN DOES 1-10,,

                Defendants,

--and--

WASHINGTON MUTUAL, INC.,

                Nominal Defendant.
------------------------------------------------------------x

Rule 7.1 Statement



Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff Joseph Procida (a private non-governmental party) certifies that the following are the corporate parents, affiliates, and/or subsidiaries of said party which are publicly held:

NONE

Dated: January 17, 2008

                                          Roy L. Jacobs (RLJ0286)