AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

Southern _____ DISTRICT OF _____ New York _____

Joseph Procida

**APPEARANCE**

vs.

Kerry K. Killinger, et al.

Case Number:  08 Civ. 00565 (BSJ)

To the Clerk of this court and all parties of record:

      Enter my appearance as counsel in this case for

Washington Mutual, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/5/2008 | _~signature~_ |
| Date | Signature |
| | Robert J. Pfister        RJP-8775 |
| | Print Name        Bar Number |
| | 1999 Avenue of the Stars, Suite 2900 |
| | Address |
| | Los Angeles    California    90067 |
| | City     State     Zip Code |
| | 310-407-7500        310-407-7502 |
| | Phone Number        Fax Number |

## CERTIFICATE OF SERVICE

I, Linna Lee, hereby certify that on this 6th day of February, 2008, I caused true and correct copies of:

NOTICE OF APPEARANCE FOR MARY KAY VYSKOCIL

NOTICE OF APPEARANCE FOR ROBERT J. PFISTER

to be served in the following matter:

*Joseph Procida vs. Kerry K. Killinger, et al* (Case No. 08 Civ. 00565 - SDNY)

by ECF to the Southern District of New York and by Federal Express upon the following parties:

Roy Laurence Jacobs
ROY JACOBS & ASSOCIATES
60 East 42nd Street, 46th Floor
New York, NY 10165
rljacobs@pipeline.com

Linna Lee