UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                              :

JOSEPH PROCIDA, derivatively on behalf of      :
Washington Mutual, Inc.,
                                             :

                                    Plaintiff,   :

                        -against-             :

                                             :

KERRY K. KILLINGER; STEPHEN ROTELLA;   :
THOMAS W. CASEY; JAMES B. CORCORAN;   :
JOHN F. WOODS; ANNE V. FARRELL;       :
STEPHEN E. FRANK; THOMAS C. LEPPERT;   :
CHARLES M. LILLIS; PHILLIP D.          :
MATTHEWS; REGINA T. MONTOYA;       :
MICHAEL K. MURPHY; MARY E. PUGH;    :
WILLIAM G. REED, JR.; ORIN C. SMITH;   :
JAMES H. STEVER, and JOHN DOES 1-10,   :

                          Defendants,   :

                       -and-              :

WASHINGTON MUTUAL, INC.,            :

                     Nominal Defendant.   :
                                              :
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

2/7/08

Case No. 08 Civ. 00565 (BSJ)

**STIPULATION AND
[~~PROPOSED~~] ORDER**

       IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel that

the time within which defendants may answer, move against or otherwise respond to the

Complaint in the above-captioned action is extended to and including the later of: (i) sixty days

from the date of this Order; or (ii) thirty days from the date the United States Judicial Panel on

Multidistrict Litigation rules on the pending motion to transfer this action to the U.S. District

Court for the Western District of Washington; *provided, however,* that if any amended or

superseding complaint is filed prior to the expiration of the time limits set out in clauses (i) and

(ii), defendants shall have at least thirty days from the date of filing of any such amended or

superseding complaint; and



IT IS FURTHER STIPULATED AND AGREED that each named defendant herein (except the "John Doe" defendants) accepts due service of process as of the date of this Stipulation.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2

No prior extensions of time have been granted in this matter, and all parties

consent to this request.

Dated:    February 5, 2008

ROY JACOBS & ASSOCIATES

By _____

Roy L. Jacobs
60 East 42nd Street, 46th Floor
New York, New York 10165
Telephone:  (212) 867-1156
Facsimile:  (212) 504-8343
E-Mail:  rjacobs@jacobsclasslaw.com

*Attorneys for Plaintiff*

SIMPSON THACHER & BARTLETT LLP

By _____

Barry R. Ostrager
Mary Kay Vyskocil
David Woll
425 Lexington Avenue
New York, New York 10017
Telephone:  (212) 455-2000
Facsimile:  (212) 455-2502

*-and-*

Robert J. Pfister
1999 Avenue of the Stars, 29th Floor
Los Angeles, California 90067
Telephone:  (310) 407-7500
Facsimile:  (310) 407-7502
Email:  rpfister@stblaw.com

*Attorneys for Washington Mutual, Inc. and for
all other Defendants for the limited purpose of
entering into this Stipulation.*

IT IS SO ORDERED.

_____

3