USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- x

JOSEPH PROCIDA derivatively on behalf of the Nominal Defendant,

        Plaintiff,

    -against-

KERRY K. KILLINGER, et al.,

        Defendants,

    -and-

WASHINGTON MUTUAL, INC.,

        Nominal Defendant.

------------------------------------------- x

08 Civ. 0565 (BSJ) (AJP)

ORDER

**ANDREW J. PECK, United States Magistrate Judge:**

      This case has been referred to me by Judge Jones for general pretrial purposes.

      The parties are advised to provide my chambers with a courtesy copy of all papers hereafter filed with the Court in this matter. Counsel are to keep me advised of any decision from the MDL Panel or any other development in this case, and should contact my chambers if any judicial intervention is needed by either side before the MDL panel rules.

2

The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is enclosed.

SO ORDERED.

DATED:    New York, New York
          February 8, 2008

                                                    Andrew J. Peck
                                                    United States Magistrate Judge

Copies **by fax & ECF** to:   Roy L. Jacobs, Esq.
                              Barry R. Ostrager, Esq.
                              Mary Kay Vyskocil, Esq.
                              Robert J. Pfister, Esq.
                              Judge Barbara S. Jones

C:\ORD\Referral Notice