AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern                                           DISTRICT OF        New York

Joseph Procida

**APPEARANCE**

vs.

Kerry K. Killinger, et al.                         Case Number: 08 Civ. 00565 (BSJ)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
Washington Mutual, Inc.

I certify that I am admitted to practice in this court.

2/5/2008
Date

*[Signature]*
Signature

Barry Ostrager                                     1202829
Print Name                                         Bar Number

425 Lexington Avenue
Address

New York          New York          10017
City              State             Zip Code

212-455-2000                       212-455-2502
Phone Number                       Fax Number

## **CERTIFICATE OF SERVICE**

I, Ann Drain, hereby certify that on this 14th day of February, 2008, I caused true and correct copies of:

NOTICE OF APPEARANCE FOR BARRY R. OSTRAGER

to be served in the following matter:

*Joseph Procida vs. Kerry K. Killinger, et al* (Case No. 08 Civ. 00565 - SDNY)

by ECF to the Southern District of New York and by Federal Express upon the following parties:

Roy Laurence Jacobs
ROY JACOBS & ASSOCIATES
60 East 42nd Street, 46th Floor
New York, NY 10165
rljacobs@pipeline.com

_____
Ann Drain